762                    April 16, 2025                    No. 342

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

David ARANA
and Justin Arana,
*Plaintiffs-Respondents,*

*v.*

Raymond ARANA
and Western Construction Systems, LLC,
an Oregon limited liability company,
*Defendants-Appellants,*

*and*

BLOSSOM DRIVE, LLC,
an Oregon limited liability company,
and Willamette Valley Bank, NA,
*Defendants.*

Marion County Circuit Court
22CV15578; A183074

Jennifer K. Gardiner, Judge.

Argued and submitted March 3, 2025.

Raife Neuman argued the cause for appellants. Also on the briefs was Intelekia Law Group, LLC.

Gordon Hanna argued the cause and filed the brief for respondents.

Before Ortega, Presiding Judge, Lagesen, Chief Judge, and Hellman, Judge.

ORTEGA, P. J.

Affirmed.

**ORTEGA, P. J.**

Defendants appeal a judgment that ordered the sale of real property that had been held by defendant Ray Arana and plaintiffs David Arana and Justin Arana as tenants in common, awarded money damages in favor of plaintiffs and against defendant Ray Arana on the basis of an accounting, and dismissed a counterclaim by defendant Western Construction Systems, LLC (Western). Defendant Ray Arana seeks reversal of the money judgment against him and defendant Western seeks reversal of the dismissal of its counterclaim. Defendant Ray Arana seeks *de novo* review of the money judgment.

The trial court's rulings are supported by evidence in the record and the court's own credibility findings, and we decline to take *de novo* review of this appeal. Finding no basis for reversing the judgment, we affirm.

Affirmed.